1  James R. Touchstone, Esq., SBN 184584
   jrt@jones-mayer.com
2  Denise L. Rocawich, Esq., SBN 232792
   dlr@jones-mayer.com
3  JONES & MAYER
   3777 North Harbor Boulevard
4  Fullerton, CA 92835
   Telephone:  (714) 446-1400
5  Facsimile:   (714) 446-1448

6  Attorneys for Defendants,
   CITY OF FULLERTON

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GUADALUPE QUEZADA DE BELTRAN, | Case No: SACV09-1347 JVS(RNBX) |
|---|---|
| Plaintiff, | Judge: Hon. James V. Selna |
| vs. | **JUDGMENT** |
| CITY OF FULLERTON, a Municipal Corporation; and DOES 1 to 10, inclusive, | [Filed and lodged concurrently herewith: |
| Defendants. | (1) Motion for Summary Judgment; |
| | (2) Declaration of Hugo Garcia; |
| | (3) Declaration of Alex Bastreri; |
| | (4) Declaration of Curtis J. Cope; |
| | (5) Declaration of Denise L. Rocawich; and |
| | (6) [Proposed] Statement of Uncontroverted Facts and Conclusions of Law.] |
| | Date: March 28, 2011 |
| | Time: 1:30 p.m. |
| | Crtm: 10C |

**[Proposed] JUDGMENT**

The Court having granted Defendant City of Fullerton's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendant City of Fullerton. Plaintiff, Guadalupe Quezada de Beltran, shall take nothing on her First Amended Complaint.

DATED: April 04, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-1-
[Proposed] JUDGMENT